MINUTE ENTRY             8:40 a.m.

UNITED STATES OF AMERICA -vs- JOAQUINA P. REYES

PRESENT: HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
   K. LYNN LEMIEUX, DEPUTY CLERK
   SANAE N. SHMULL, COURT REPORTER
   JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
   JOAQUINA PANGELINAN REYES, DEFENDANT
   DANILO AGUILAR, COURT-APPOINTED COUNSEL

PROCEEDINGS:   INITIAL APPEARANCE

Defendant Joaquina Pangelinan Reyes appeared with court-appointed counsel, Danilo Aguilar. Government was represented by Jamie Bowers, AUSA. Also present in the Courtroom were DEA Agent, Albert Palacios and U.S. Probation Officer Tracey Perez.

Defendant was advised of the charges against her in the Complaint and her constitutional rights. Court after reviewing the defendant's financial affidavit determined that the defendant did qualify for court appointed counsel and stated that Danilo Aguilar had previously been appointed. Court ordered that Danilo Aguilar would continue as the Court appointed counsel in this case.

Court set preliminary exam on April 11, 2005 at 9:00 a.m.

Government requested that "no bail" be set at this time and that the defendant be held in custody. Court order "no bail" at this time. Defendant was remanded into the custody of the
U. S. Marshal.

Government moved that this matter be unsealed. Court so ordered.

      Adj. 8:55 a.m.
;    [ACH EOD 04/01/2005]