MINUTE ENTRY  April 11, 2005
        9:10 a.m.

UNITED STATES OF AMERICA -vs- JOAQUINA P. REYES

PRESENT: HON. ALEX R. MUNSON, CHIEF  JUDGE PRESIDING
   MICHELLE C. MACARANAS, DEPUTY CLERK
   FAYE CROZAT, COURT REPORTER
   JAMIE BOWERS,  ASSISTANT U.S. ATTORNEY
   DANILO AGUILAR, COURT-APPOINTED COUNSEL
   JOAQUINA PANGELINAN REYES,  DEFENDANT

PROCEEDINGS: PRELIMINARY HEARING

 Defendant Joaquina Pangelinan Reyes appeared with court-appointed counsel, Danilo
Aguilar.  Government was represented by Jamie Bowers, AUSA.  Also present in the
Courtroom was U.S. Probation Officer, Margarita Wonenberg.

 Government apprised the Court that the parties stipulate that there is probable
cause and wish to waive Preliminary Examination.  Parties would like to proceed with
regards to probable cause as charged on the Complaint.

 Defendant was sworn and advised of the charges against her in the complaint and her
constitutional rights.  Defendant waived her right to preliminary examination up
until April 28, 2005. Court determined that the defendant was fully competent to
waive preliminary examination and accepted her waiver.

 Court ordered that "no bail" be set at this time without prejudice and that the
defendant be held in custody.  Attorney Aguilar moved the Court to allow the
defendant to have limited visitation opportunity with her two children and her
mother.  Court ordered that the defendant may meet her two children with the
supervision of the U.S. Marshal for approximately ten minutes today.   Defendant was
remanded into the custody of the U. S. Marshal.


    Adj. 9:25 a.m.;  [MCM EOD 04/11/2005]